IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>JASON STOOLMAN,<br><br>      Defendant. | 8:21CR291<br><br>ORDER ON PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE |

  The defendant appeared before the Court on August 30, 2022 regarding Petition for Action on Conditions of Pretrial Release [24]. Clarence Mock represented the defendant. Jody Mullis represented the government. The defendant was advised of the alleged violation(s) of pretrial release, the possible sanctions for violation of a release condition, and the right to a hearing in accordance with the Bail Reform Act. 18 U.S.C. § 3148.

  The defendant denied violating release conditions (1) and (m). The government requests an order of revocation and detention. The defendant requested a continuance which was granted. A revocation and detention hearing is scheduled before Michael D. Nelson in Courtroom 6, 2nd Floor, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE, on Tuesday, September 13, 2022 at 11:00 a.m.

  **IT IS SO ORDERED**.

Dated this 30th day of August, 2022.

                     BY THE COURT:

                     s/ Susan M. Bazis
                     United States Magistrate Judge